# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD GERMANY

NO. 2020 KW 0124

JUNE 11, 2020

---

In Re:    Donald Germany, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-16-0105.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND LANIER, JJ.

**WRIT GRANTED.** The district court's ruling denying relator's motion to quash is vacated, and the matter is remanded to the district court. The district court is ordered to conduct an *in camera* inspection of information pertaining to the grand jury venire composed at the time of relator's indictment to determine whether persons otherwise qualified to serve on the jury were excluded from the grand jury venire as a result of a significant error in the process by which the venire was composed. See **State v. Cannon**, 2019-590 (La. 4/18/19), 267 So.3d 585, 585-86 (per curiam). If the court finds that persons otherwise qualified to serve on the jury were excluded from the grand jury venire because of the significant error, the court shall give relator an opportunity to demonstrate that the exclusion caused irreparable injury. See La. Code Crim. P. art. 419(A); **State v. Anderson**, 315 So.2d 266, 267 (La. 1975) ("Defendant had a constitutional right to be indicted and tried by juries chosen from a fair cross-section of the community[.]")

VGW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT